## STATE OF CONNECTICUT *v.* CHRISTOPHER TAYLOR

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 126 Conn. App. 52 (AC 30757), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the evidence was insufficient to prove the 'public highway' element of reckless driving contained in General Statutes § 14-222 (a)?"

HARPER, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18762.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in support of the petition.

*Erika L. Amarante*, special public defender, in opposition.

Decided March 23, 2011